**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| ADVANCED TRANSACTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br><br> EYEBUYDIRECT, INC., <br><br> Defendant. | Case No. 1:26-cv-01352 <br><br> Jury Trial Demanded |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Advanced Transactions, LLC ("Advanced Transactions") files this Complaint against Defendant EyeBuyDirect, Inc. ("EyeBuyDirect" or "Defendant") for infringement of United States Patent No. 7,065,555 (the "'555 patent"), and alleges as follows:

**NATURE OF THE ACTION**

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

## THE PARTIES

2.      Advanced Transactions is a limited liability company organized under the laws of the State of Georgia with its principal place of business at 107 Technology Pkwy NW, Suite 508, Peachtree Corners, GA 30092.

3.      Advanced Transactions owns all right, title and interest in the '555 patent, including the right to sue for past infringement and to recover damages therefor.

4.      Advanced Transactions has not licensed or otherwise authorized EyeBuyDirect to practice the '555 patent.

5.      On information and belief, Defendant EyeBuyDirect, Inc. is a corporation organized and existing under the laws of the State of Texas with a principal place of business at 2801 South I-35, Suite 170, Austin, Texas 78741. EyeBuyDirect, Inc. has been authorized to do business in the State of Texas since at least March 3, 2014, under Texas SoS File Number 0801946118. EyeBuyDirect, Inc. may be served with process through its registered agent, National Registered Agents, Inc., located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201, or anywhere it may be found.

6.      EyeBuyDirect operates an online retail business selling prescription eyeglasses, sunglasses, and related eyewear products to consumers throughout the United States, including in this judicial district, through its website, https://www.eyebuydirect.com.

## JURISDICTION AND VENUE

7.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 et seq.

8.      This Court has personal jurisdiction over EyeBuyDirect because EyeBuyDirect committed acts of infringement in this judicial district. On information and belief, EyeBuyDirect performed and caused to be performed the patented methods of the '555 patent in this District, including by transmitting marketing emails to recipients located in this District and by operating its EyeBuyDirect Email Campaign System (as defined below) in furtherance of those acts.

> This email was sent by EyeBuyDirect.com
> 2801 S, I-35, Suite 170, Austin, TX, 78741, United States
> Terms & Conditions may apply.
> Please visit our website for more details.

*See, e.g.*, screenshot of personalized email received from EyeBuyDirect's email server.

9.      On information and belief, EyeBuyDirect is subject to this Court's jurisdiction because it regularly conducted and solicited business in this judicial district, and derived substantial revenue from the use, sale, and distribution of products and services to consumers and businesses located in this District through its website, https://www.eyebuydirect.com.

10.     Venue is proper in this District under 28 U.S.C. § 1400(b). EyeBuyDirect resides in this District because it is incorporated under the laws of the State of Texas and, on information and belief, maintains its principal place of business in this District at 2801 South I-35, Suite 170, Austin, Texas 78741. Venue is also proper because

EyeBuyDirect committed acts of infringement in this District and maintains a regular and established place of business here at the foregoing Austin address.

## ACCUSED PRODUCTS AND SERVICES

11.    On information and belief, during the period of infringement and through the expiration of the '555 patent, EyeBuyDirect operated email marketing campaigns directed at its customers and prospective customers in connection with the sale of eyewear products (the "EyeBuyDirect Email Campaign Products and Services"). The EyeBuyDirect Email Campaign Products and Services include, without limitation, EyeBuyDirect's use of personalized email marketing communications to promote eyewear products, drive recipients to https://www.eyebuydirect.com, and track recipient engagement with those communications.

12.    On information and belief, EyeBuyDirect operated the EyeBuyDirect Email Campaign Products and Services using hardware and software components including but not limited to email servers, email server software, marketing-automation software, customer-data infrastructure, web servers, web server software, tracking software, and supporting databases (collectively, the "EyeBuyDirect Email Campaign System").

13.    On information and belief, EyeBuyDirect operated the EyeBuyDirect Email Campaign System itself and/or through agents, contractors, and email-marketing service providers acting at EyeBuyDirect's direction and control. EyeBuyDirect selected and authorized the recipients to be targeted, supplied and authorized the use of recipient and customer data, selected and approved the campaign content and offers,

caused the campaign emails to be generated and sent, and received and used the resulting tracking and response data in furtherance of its business. All such acts were performed for the benefit of EyeBuyDirect and at EyeBuyDirect's direction.

### UNITED STATES PATENT NO. 7,065,555

14.     On June 20, 2006, the United States Patent and Trademark Office duly and legally issued United States Patent No. 7,065,555 ("the '555 patent"), entitled "System and Method Related to Generating and Tracking an Email Campaign," to inventors Michael G. Foulger, Thomas R. Chipperfield, Jeremy S. Cooper, and Andrew C. Storms. The '555 patent was filed on April 25, 2001, and claims priority to a provisional application filed April 25, 2000. The term of the '555 patent was adjusted by 696 days under 35 U.S.C. § 154(b), resulting in an expiration date no earlier than March 22, 2023. A true and correct copy of the '555 patent is attached as **Exhibit A**.

15.     The '555 patent is presumed valid under 35 U.S.C. § 282.

16.     The '555 patent relates to a method and system for generating and tracking an email campaign. At the time of the invention, existing email campaign systems suffered from specific technological deficiencies. The specification explains:

> Present email campaigns may suffer from difficulties in locating a pool of relevant individuals to be contacted. In a small email campaign, each email sent is critical to the success of the campaign, and needs to be carefully created. In other situations, large numbers of individuals to be contacted may have been found. This may result in increased difficulty in tailoring the large number of required email messages to the individuals for more effective contact.

(*See* '555 patent, col. 1:26–33.)

5

17.     The specification describes a further technological deficiency in prior systems — an inability to effectively track campaign responses:

> Furthermore, once an email campaign has been initiated, difficulties in measuring success of the email campaign are presented. Effective ways for determining whether email recipients have received email from the email campaign have been sought. Also, effective ways for allowing the email recipients to provide feedback have also been sought.

('555 patent, col. 1:33–41.)

18.     The '555 patent claims a specific technical solution to these problems through a particular software architecture. Rather than merely describing a goal of sending marketing emails, the claims recite a specific, structured method comprising: (a) receiving an email target database; (b) generating an email campaign template by creating both a message template and a separate configuration file containing per-target variant data insertable into the template; (c) sending customized emails formed from the template; and (d) tracking the sent custom emails. This template-plus-configuration-file architecture separates invariant campaign content from variant per-recipient data, enabling scalable email customization — a specific technological approach, not a generic application of conventional computer functions.

19.     The specification describes this architecture in detail. The email campaign generator "outputs a text message file 320 and a configuration file 330," where the "[t]ext message file 320 is a customized text message for the current email campaign" that "contains a series of custom tags to be filled in with email recipient specific data, such as the recipient's full name, other recipient specific data, and a custom URL." ('555

patent, col. 5:15–29.) The configuration file "is generated to contain data related to each email target or recipient" and "[t]he data for each email target is insertable in the message template." (Id., col. 5:30–34.) This data includes both "invariant data" (such as the subject line) and "variant data" (such as custom recipient-specific information). (Id., col. 5:30–42.)

20.     The claims of the '555 patent further recite a specific mechanism for generating custom URLs for each email recipient. For example, Claims 6 through 8 recite the generation of a custom URL address for each email target by generating a hash from a campaign ID, a message template version ID, a user reference ID, and a private key, and appending a portion of the generated hash to a host web address. ('555 patent, claims 6–8.) The specification explains that this hash-based URL generation served a specific technical purpose: it kept "the URL address length below the 72 character limit, avoiding word wrap," which would otherwise render the link "an unexecutable link" in email clients such as Eudora and Outlook. ('555 patent, col. 6:45–52.) This is a specific, technically-motivated design choice.

21.     The techniques claimed in the '555 patent were not well-understood, routine, or conventional at the time of the invention. The specification states that prior to the invention, there was no "efficient way to create and track a[n] email campaign." ('555 patent, col. 1:43–45.) The specific combination of (a) a message template and configuration file architecture for scalable email personalization, (b) hash-based custom URL generation using campaign IDs, version IDs, user reference IDs, and private keys, and (c) structured campaign tracking with response categorization was not a

conventional arrangement of generic computer components. Each of these features, and particularly their ordered combination, represents specific, non-conventional technological choices described in detail in the '555 patent specification.

22.     Whether the claimed elements of the '555 patent—individually or in combination—were well-understood, routine, and conventional is a question of fact. *Berkheimer v. HP Inc.*, 881 F.3d 1360, 1368 (Fed. Cir. 2018). The factual allegations set forth herein, supported by the specification of the '555 patent, must be accepted as true at the pleading stage and preclude any finding of patent ineligibility under 35 U.S.C. § 101.

**CLAIMS FOR RELIEF**

**COUNT I – INFRINGEMENT OF UNITED STATES PATENT NO. 7,065,555**

23.     Advanced Transactions repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs.

24.     Claim 1 of the '555 Patent provides as follows:

> 1. A method for conducting an email campaign, comprising the steps of:
>> (1) receiving an email target database;
>> (2) generating an email campaign template related to at least one email target in the received email target database, wherein step (2) comprises:
>>> (a) generating a message template, and
>>> (b) generating a configuration file to contain data related to each of the at least one email target, wherein the data is insertable in the generated message template;
>> (3) sending to each of the at least one email target a corresponding custom email, wherein the custom

8

email is formed from the email campaign template; and

(4) tracking the custom email sent to each of the at least one email target.

25.    Claim 6 of the '555 Patent provides as follows:

6.  The method of claim 1, wherein step (b) comprises the steps of:

(i) generating a custom uniform resource locator address for each of the at least one email target; and

(ii) inserting the generated custom uniform resource locator address for each of the at least one email target into the configuration file.

26.    Claim 9 of the '555 Patent provides as follows:

9. The method of claim 1, wherein step (3) comprises the step of:

(a) forming the custom email for each of the at least one email target from the generated text message template and the generated configuration file.

27.    Claim 10 of the '555 Patent provides as follows:

10. The method of claim 1, wherein step (4) comprises the steps of:

(a) receiving at least one response from the at least one email target; and

(b) creating a campaign tracking list from said received at least one response.

28.    Claim 11 of the '555 Patent provides as follows:

11. The method of claim 10, wherein step (b) comprises the steps of:

(i) determining a number of successful visits from the at least one email target;

(ii) determining a number of the custom email sent to the at least one email target that were undeliverable; and

(iii) determining a number of the at least one email target that requested deletion.

29.    On information and belief, during the term of the '555 patent and through its expiration on no earlier than March 22, 2023, EyeBuyDirect—itself and/or through agents, contractors, and service providers acting at EyeBuyDirect's direction and control—used the patented method of claim 1 of the '555 patent by operating the EyeBuyDirect Email Campaign System to perform each step of claim 1. By doing so, EyeBuyDirect infringed (literally and/or under the doctrine of equivalents) at least claims 1, 6, and 9-11 of the '555 patent in violation of 35 U.S.C. § 271(a).

10

*See*, *e.g.*, screenshots obtained from Defendant's website reflecting the same

EyeBuyDirect Email Campaign System architecture in continuous operation during the

term of the '555 patent, as observed by Plaintiff in or about 2025 (and which, on

11

information and belief, materially reflect the same architecture in operation through the

expiration of the '555 patent on no earlier than March 22, 2023). e.g.,

https://www.eyebuydirect.com/passport?redirectUrl=%2Fuser%2Floyalty-program.



*See also*

https://web.archive.org/web/20221111005306/https://www.eyebuydirect.com/pass

port?redirectUrl=%2Fuser%2Floyalty-program. (Showing a substantially similar email

campaign signup page from on or about November 11, 2022.)

30.    **Claim 1, Step (1) — "receiving an email target database":** On information

and belief, EyeBuyDirect's Email Campaign System received an email target database.

EyeBuyDirect collected and maintained a database of customer email addresses

through, among other things, the EyeBuyDirect Passport loyalty program registration

process and online account creation at https://www.eyebuydirect.com. This database

of customer email addresses constituted an "email target database" within the meaning

of claim 1, and was received by the email campaign system for use in generating and sending marketing emails.

**Or sign up with your email address**

*Required information

*Title  ⌄    *Full name

*Email

*Password

*Birthday
mm/dd/yyyy 🗓

Phone number
🇺🇸 +1  ⌄  (201) 555-0123

Code    *Enter code

LHOX

↻ Refresh code

☐ By checking this box, I provide my signature expressly consenting to receive recurring, automated promotional and personalized marketing text messages from Eyebuydirect at the cell number used when signing up. I understand that I am not required to enter into this agreement as a condition of any purchase. I can revoke consent at any time by texting STOP to cancel. Text HELP for help. Msg frequency varies. Msg & data rates may apply. I agree to the information provided at the following links – Terms & Privacy

☐ Keep me signed in ⓘ

**Create account**

*By creating an account, I confirm that I am over 16 years of age and agree that my personal data can be used by Luxottica Group S.p.A to send me news, special offers, and other marketing communication as part of Eyebuydirect's Loyalty Program. For more information, see our Notice of Financial Incentives, Terms & Conditions, and Privacy Policy.

*See*, *e.g.*, screenshots obtained from Defendant's website reflecting the same

EyeBuyDirect Email Campaign System architecture in continuous operation during the

term of the '555 patent, as observed by Plaintiff in or about 2025 (and which, on

information and belief, materially reflect the same architecture in operation through the

expiration of the '555 patent on no earlier than March 22, 2023). e.g.,

https://www.eyebuydirect.com/passport?redirectUrl=%2Fuser%2Floyalty-program.



*See also*

https://web.archive.org/web/20221111005306/https://www.eyebuydirect.com/pass

port?redirectUrl=%2Fuser%2Floyalty-program. (Showing a substantially similar email

campaign signup page from on or about November 11, 2022.)

14



* * *

# 1. THE INFORMATION WE COLLECT

For the purpose of this policy, personal information is any information about an identifiable individual. We collect the following types of personal information:

### Information You Provide

We may collect the following personal information that you voluntarily provide us in using our Platforms:

- **Communication.** Re-stock reminders, processing automatic re-orders (that you have opted into), outreach regarding product recall.

- **Create an Account.** If you create an account with us, you will provide us with your name, email address, birth date, and you will create a password for future logins. You can also choose to login with your Facebook, Amazon, or Google account instead.

- **Subscribe to Our Newsletter.** If you subscribe to our newsletter, you will provide us with your email address.

- **Customer Service.** If you contact our customer service department, you may need to provide us with additional information so that we can respond to your questions or concerns as completely and thoroughly as possible.

- **Purchases.** When you make a purchase, you will provide us with your name, email address, phone number, physical address, payment account and credit card or gift card information. We also will collect your payment card, gift card, or other payment information. We use a third-party service provider to process payments.

15

- **Prescriptions.** If you purchase prescription products, you will provide us with your eye prescription information

- **Find Your Match.** If you use our Virtual Try-On, you will either upload a photograph of your face or you will allow the technology to take a scan of your face.

- **Loyalty Program.** If you sign up for our loyalty program, you will provide us with your name, email address, birth date, and you may choose to provide us with your gender.

- **Track and Return Orders.** If you check your order status or start a return, you will provide us with your order number and email address.

- **Refer a Friend.** To refer a friend, you will provide us with your name and email address, and the email address of the friend you are referring.

- **Promotions.** If you enter a sweepstakes, contest, giveaway, or other promotion (each a "Promotion"), you will provide us with your age or birth date along with, in certain instances, confirmation of residency.

- **Survey.** If you are participating in a survey, you may provide your gender and age, income, ethnicity, family size, and marital status.

- **HIPAA.** Some of the affiliates and brands covered by this Policy are subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). These affiliates and brands may collect additional information that is considered "protected health information" ("PHI") as defined by HIPAA.

- **Biometric Information.** We may collect biometric information to provide you with certain services. See the "**BIOMETRIC INFORMATION**" section of this Policy to learn more about how this information is collected, used, disclosed and stored.

## Information as You Navigate Our Platforms

We automatically collect certain personal information through your use of the Platforms, such as the following:

- **Usage Information.** For example, the pages on the Platforms you access, the frequency of access, and what you click on while on the Platforms.

- **Device Information.** For example, hardware model, operating system, application version number, and browser.

- **Mobile Device Information.** Aggregated information about whether the Platforms are accessed via a mobile device or tablet, the device type, and the carrier.

- **Location Information.** Location information from Platform visitors on a city-regional basis.

- **Referral URL.** If you came to the website through a prior link, the name of the website that sent you to EyeBuyDirect.

\* \* \*

## 4. COOKIES AND OTHER TRACKING TECHNOLOGIES

Like many other companies, we use cookies and other tracking technologies (such as pixels and web beacons) (collectively, "Cookies"). To learn more about how we use cookies and to change your cookie settings, please see our Cookie Policy below.

*See*, *e.g.*, https://www.eyebuydirect.com/privacy-policy.

31. **Claim 1, Step (2) — "generating an email campaign template related to at least one email target in the received email target database":** On information and belief, EyeBuyDirect's Email Campaign System generated an email campaign template related to at least one email target in the received email target database. As detailed in the sub-steps below, this template comprised both a message template and per-target configuration data.

32. **Claim 1, Step (2)(a) — "generating a message template":** On information and belief, EyeBuyDirect's Email Campaign System generated a message template for use in email marketing campaigns. EyeBuyDirect marketing emails followed a consistent template layout—including branded headers, promotional content areas, and standard footer elements—with designated fields for recipient-specific personalization such as the recipient's name and individualized tracking links. The consistent structure of these emails across recipients supports a reasonable inference that they were generated from a common message template.

17







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server,

as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email

Campaign System architecture that, on information and belief, EyeBuyDirect operated

in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zfO7ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hhOU4yxfS=
rTrYBY-V4aRMYROvSP0j64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTyOg_285sMlfy4KQO=2E=22></img>
</td>
```

and

```
  href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
  lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
  WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
  4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
  vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
  UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
  PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
  u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
  2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
  ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
  height: 36px;font-weight: 400;color: =23000000;=22>
                                          CODE: <b>WS6QIEWPHBFR</=
  b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

33.    **Claim 1, Step (2)(b) — "generating a configuration file to contain data related to each of the at least one email target, wherein the data is insertable in the generated message template":** On information and belief, EyeBuyDirect's Email Campaign System generated per-target configuration data containing information related to each email target—including but not limited to the recipient's name, email address, loyalty program identifiers, and individualized tracking URLs—that was inserted into the message template to generate customized emails for each recipient. The presence of recipient-specific data in EyeBuyDirect marketing emails (*e.g.,* individualized tracking codes) supports a reasonable inference that per-target configuration data, within the meaning of claim 1, was generated and inserted into the message template.







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server,

as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email

Campaign System architecture that, on information and belief, EyeBuyDirect operated

in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zfO7ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hhOU4yxfS=
rTrYBY-V4aRMYROvSP0j64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTyOg_285sMlfy4KQO=2E=22></img>
</td>
```

and

```
 href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
height: 36px;font-weight: 400;color: =23000000;=22>
                                         CODE: <b>WS6QIEWPHBFR</=
b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

34.    **Claim 1, Step (3) — "sending to each of the at least one email target a corresponding custom email, wherein the custom email is formed from the email campaign template":** On information and belief, EyeBuyDirect's Email Campaign System sent to each email target a corresponding custom email formed from the email campaign template. EyeBuyDirect sent marketing emails from its email servers to customers who had registered their email addresses, where each email contained individualized content (*e.g.*, personalized links) merged into the common template.







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zf07ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hhOU4yxfS=
rTrYBY-V4aRMYROvSP0j64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTyOg_285sMlfy4KQO=2E=22></img>
</td>
```

and

```
 href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
height: 36px;font-weight: 400;color: =23000000;=22>
                                          CODE: <b>WS6QIEWPHBFR</=
b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

35.    **Claim 1, Step (4) — "tracking the sent custom email":** On information and belief, EyeBuyDirect's Email Campaign System tracked the custom emails sent to each email target. EyeBuyDirect marketing emails contained embedded tracking mechanisms, including tracking pixels (transparent images with unique identifiers loaded from EyeBuyDirect's servers or its agents' servers upon email opening) and uniquely-coded hyperlinks that recorded recipient click-through activity. EyeBuyDirect's privacy policy confirms the use of "cookies", "pixels," "web beacons" or "other tracking technologies" to record interactions and evaluate the effectiveness of its online marketing.



\* \* \*

# 1. THE INFORMATION WE COLLECT

For the purpose of this policy, personal information is any information about an identifiable individual. We collect the following types of personal information:

## Information You Provide

We may collect the following personal information that you voluntarily provide us in using our Platforms:

- **Communication.** Re-stock reminders, processing automatic re-orders (that you have opted into), outreach regarding product recall.

- **Create an Account.** If you create an account with us, you will provide us with your name, email address, birth date, and you will create a password for future logins. You can also choose to login with your Facebook, Amazon, or Google account instead.

- **Subscribe to Our Newsletter.** If you subscribe to our newsletter, you will provide us with your email address.

- **Customer Service.** If you contact our customer service department, you may need to provide us with additional information so that we can respond to your questions or concerns as completely and thoroughly as possible.

- **Purchases.** When you make a purchase, you will provide us with your name, email address, phone number, physical address, payment account and credit card or gift card information. We also will collect your payment card, gift card, or other payment information. We use a third-party service provider to process payments.

28

- **Prescriptions.** If you purchase prescription products, you will provide us with your eye prescription information

- **Find Your Match.** If you use our Virtual Try-On, you will either upload a photograph of your face or you will allow the technology to take a scan of your face.

- **Loyalty Program.** If you sign up for our loyalty program, you will provide us with your name, email address, birth date, and you may choose to provide us with your gender.

- **Track and Return Orders.** If you check your order status or start a return, you will provide us with your order number and email address.

- **Refer a Friend.** To refer a friend, you will provide us with your name and email address, and the email address of the friend you are referring.

- **Promotions.** If you enter a sweepstakes, contest, giveaway, or other promotion (each a "Promotion"), you will provide us with your age or birth date along with, in certain instances, confirmation of residency.

- **Survey.** If you are participating in a survey, you may provide your gender and age, income, ethnicity, family size, and marital status.

- **HIPAA.** Some of the affiliates and brands covered by this Policy are subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). These affiliates and brands may collect additional information that is considered "protected health information" ("PHI") as defined by HIPAA.

- **Biometric Information.** We may collect biometric information to provide you with certain services. See the "**BIOMETRIC INFORMATION**" section of this Policy to learn more about how this information is collected, used, disclosed and stored.

## Information as You Navigate Our Platforms

We automatically collect certain personal information through your use of the Platforms, such as the following:

- **Usage Information.** For example, the pages on the Platforms you access, the frequency of access, and what you click on while on the Platforms.

- **Device Information.** For example, hardware model, operating system, application version number, and browser.

- **Mobile Device Information.** Aggregated information about whether the Platforms are accessed via a mobile device or tablet, the device type, and the carrier.

- **Location Information.** Location information from Platform visitors on a city-regional basis.

- **Referral URL.** If you came to the website through a prior link, the name of the website that sent you to EyeBuyDirect.

\* \* \*

## 4. COOKIES AND OTHER TRACKING TECHNOLOGIES

Like many other companies, we use cookies and other tracking technologies (such as pixels and web beacons) (collectively, "Cookies"). To learn more about how we use cookies and to change your cookie settings, please see our Cookie Policy below.

*See* screenshots obtained from Defendant's website reflecting the same EyeBuyDirect Email Campaign System architecture in continuous operation during the term of the '555 patent, as observed by Plaintiff in or about 2025 (and which, on information and belief, materially reflect the same architecture in operation through the expiration of the '555 patent on March 22, 2023). *See, e.g.*, https://www.eyebuydirect.com/privacy-policy.







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server,

as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email

Campaign System architecture that, on information and belief, EyeBuyDirect operated

in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zf07ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hh0U4yxfS=
rTrYBY-V4aRMYR0vSP0j64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTyOg_285sMlfy4KQO=2E=22></img>
</td>
```

and

```
 href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
height: 36px;font-weight: 400;color: =23000000;=22>
                                        CODE: <b>WS6QIEWPHBFR</=
b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

36. On information and belief, EyeBuyDirect also infringed claim 6 of the '555 patent. Claim 6 depends from claim 1 and further requires that the step of generating a configuration file comprises: (i) generating a custom URL address for each email target, and (ii) inserting the generated custom URL address into the configuration file.

37. **Claim 6, Step (i)**: On information and belief, EyeBuyDirect's Email Campaign System generated a custom URL address for each email target. The marketing emails sent by EyeBuyDirect contained hyperlinks with unique, recipient-specific URL parameters. These "unique" URLs enabled EyeBuyDirect to identify which specific recipient interacted with which "unique" link.



Buy One Get One Free | Code: EARTHBOGO | Shop now   Terms & Conditions

eyebuydirect    Eyeglasses   Sunglasses   Premium Brands   Lenses    I'm looking for...

Home / Privacy Policy

# Privacy Policy

For more information on Interest-based Advertising and your choices regarding it click here

This Privacy Policy ("Policy") is effective as of July 1, 2024.

This Policy describes how Essilor of America Inc., including all direct and indirect subsidiaries (collectively "Essilor," "we," "our," or "us"), collects, uses, discloses, and safeguards your information. This Policy applies to individuals who access this website and any other websites that link to this Policy (collectively "Sites"), and where applicable, our Virtual Try-on technology ("VTO"), and certain other services as described below (collectively, the "Platforms"). Other EssilorLuxottica websites, products, and services may have their own privacy policies. This Policy, together with our Terms and Conditions of Use, collectively govern your use of our Site.This Policy applies to our Platforms that link to this Policy.

From time to time, we may change this Policy. If we do, we will post an amended version on this webpage. Please review this Policy periodically.

You may submit a request to exercise rights you may have under applicable state law through our interactive webform available here or by calling us toll free at 1-855-393-2891.

This Privacy Policy covers the following topics:

\* \* \*

## 1. THE INFORMATION WE COLLECT

For the purpose of this policy, personal information is any information about an identifiable individual. We collect the following types of personal information:

### Information You Provide

We may collect the following personal information that you voluntarily provide us in using our Platforms:

- **Communication.** Re-stock reminders, processing automatic re-orders (that you have opted into), outreach regarding product recall.

- **Create an Account.** If you create an account with us, you will provide us with your name, email address, birth date, and you will create a password for future logins. You can also choose to login with your Facebook, Amazon, or Google account instead.

- **Subscribe to Our Newsletter.** If you subscribe to our newsletter, you will provide us with your email address.

- **Customer Service.** If you contact our customer service department, you may need to provide us with additional information so that we can respond to your questions or concerns as completely and thoroughly as possible.

- **Purchases.** When you make a purchase, you will provide us with your name, email address, phone number, physical address, payment account and credit card or gift card information. We also will collect your payment card, gift card, or other payment information. We use a third-party service provider to process payments.

34

- **Prescriptions.** If you purchase prescription products, you will provide us with your eye prescription information

- **Find Your Match.** If you use our Virtual Try-On, you will either upload a photograph of your face or you will allow the technology to take a scan of your face.

- **Loyalty Program.** If you sign up for our loyalty program, you will provide us with your name, email address, birth date, and you may choose to provide us with your gender.

- **Track and Return Orders.** If you check your order status or start a return, you will provide us with your order number and email address.

- **Refer a Friend.** To refer a friend, you will provide us with your name and email address, and the email address of the friend you are referring.

- **Promotions.** If you enter a sweepstakes, contest, giveaway, or other promotion (each a "Promotion"), you will provide us with your age or birth date along with, in certain instances, confirmation of residency.

- **Survey.** If you are participating in a survey, you may provide your gender and age, income, ethnicity, family size, and marital status.

- **HIPAA.** Some of the affiliates and brands covered by this Policy are subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). These affiliates and brands may collect additional information that is considered "protected health information" ("PHI") as defined by HIPAA.

- **Biometric Information.** We may collect biometric information to provide you with certain services. See the "**BIOMETRIC INFORMATION**" section of this Policy to learn more about how this information is collected, used, disclosed and stored.

## Information as You Navigate Our Platforms

We automatically collect certain personal information through your use of the Platforms, such as the following:

- **Usage Information.** For example, the pages on the Platforms you access, the frequency of access, and what you click on while on the Platforms.

- **Device Information.** For example, hardware model, operating system, application version number, and browser.

- **Mobile Device Information.** Aggregated information about whether the Platforms are accessed via a mobile device or tablet, the device type, and the carrier.

- **Location Information.** Location information from Platform visitors on a city-regional basis.

- **Referral URL.** If you came to the website through a prior link, the name of the website that sent you to EyeBuyDirect.

\* \* \*

**4. COOKIES AND OTHER TRACKING TECHNOLOGIES**

Like many other companies, we use cookies and other tracking technologies (such as pixels and web beacons) (collectively, "Cookies"). To learn more about how we use cookies and to change your cookie settings, please see our Cookie Policy below.

*See* screenshots obtained from Defendant's website reflecting the same EyeBuyDirect Email Campaign System architecture in continuous operation during the term of the '555 patent, as observed by Plaintiff in or about 2025 (and which, on information and belief, materially reflect the same architecture in operation through the expiration of the '555 patent on March 22, 2023). *See, e.g.,* https://www.eyebuydirect.com/privacy-policy.







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zfO7ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hhOU4yxfS=
rTrYBY-V4aRMYROvSPOj64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTyOg_285sMlfy4KQO=2E=22></img>
</td>
```

and

```
 href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
height: 36px;font-weight: 400;color: =23000000;=22>
                                               CODE: <b>WS6QIEWPHBFR</=
b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

38.    **Claim 6, Step (ii):** On information and belief, the custom "unique" URLs generated for each email target were included in the per-target configuration data and inserted into the message template to form the customized emails sent to each recipient.



\* \* \*

# 1. THE INFORMATION WE COLLECT

For the purpose of this policy, personal information is any information about an identifiable individual. We collect the following types of personal information:

## Information You Provide

We may collect the following personal information that you voluntarily provide us in using our Platforms:

- **Communication.** Re-stock reminders, processing automatic re-orders (that you have opted into), outreach regarding product recall.

- **Create an Account.** If you create an account with us, you will provide us with your name, email address, birth date, and you will create a password for future logins. You can also choose to login with your Facebook, Amazon, or Google account instead.

- **Subscribe to Our Newsletter.** If you subscribe to our newsletter, you will provide us with your email address.

- **Customer Service.** If you contact our customer service department, you may need to provide us with additional information so that we can respond to your questions or concerns as completely and thoroughly as possible.

- **Purchases.** When you make a purchase, you will provide us with your name, email address, phone number, physical address, payment account and credit card or gift card information. We also will collect your payment card, gift card, or other payment information. We use a third-party service provider to process payments.

- **Prescriptions.** If you purchase prescription products, you will provide us with your eye prescription information

- **Find Your Match.** If you use our Virtual Try-On, you will either upload a photograph of your face or you will allow the technology to take a scan of your face.

- **Loyalty Program.** If you sign up for our loyalty program, you will provide us with your name, email address, birth date, and you may choose to provide us with your gender.

- **Track and Return Orders.** If you check your order status or start a return, you will provide us with your order number and email address.

- **Refer a Friend.** To refer a friend, you will provide us with your name and email address, and the email address of the friend you are referring.

- **Promotions.** If you enter a sweepstakes, contest, giveaway, or other promotion (each a "Promotion"), you will provide us with your age or birth date along with, in certain instances, confirmation of residency.

- **Survey.** If you are participating in a survey, you may provide your gender and age, income, ethnicity, family size, and marital status.

- **HIPAA.** Some of the affiliates and brands covered by this Policy are subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). These affiliates and brands may collect additional information that is considered "protected health information" ("PHI") as defined by HIPAA.

- **Biometric Information.** We may collect biometric information to provide you with certain services. See the "**BIOMETRIC INFORMATION**" section of this Policy to learn more about how this information is collected, used, disclosed and stored.

## Information as You Navigate Our Platforms

We automatically collect certain personal information through your use of the Platforms, such as the following:

- **Usage Information.** For example, the pages on the Platforms you access, the frequency of access, and what you click on while on the Platforms.

- **Device Information.** For example, hardware model, operating system, application version number, and browser.

- **Mobile Device Information.** Aggregated information about whether the Platforms are accessed via a mobile device or tablet, the device type, and the carrier.

- **Location Information.** Location information from Platform visitors on a city-regional basis.

- **Referral URL.** If you came to the website through a prior link, the name of the website that sent you to EyeBuyDirect.

41

* * *

## 4. COOKIES AND OTHER TRACKING TECHNOLOGIES

Like many other companies, we use cookies and other tracking technologies (such as pixels and web beacons) (collectively, "Cookies"). To learn more about how we use cookies and to change your cookie settings, please see our Cookie Policy below.

*See* screenshots obtained from Defendant's website reflecting the same EyeBuyDirect Email Campaign System architecture in continuous operation during the term of the '555 patent, as observed by Plaintiff in or about 2025 (and which, on information and belief, materially reflect the same architecture in operation through the expiration of the '555 patent on March 22, 2023). *See, e.g.,* https://www.eyebuydirect.com/privacy-policy.







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server,

as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email

Campaign System architecture that, on information and belief, EyeBuyDirect operated

in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zf07ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hh0U4yxfS=
rTrYBY-V4aRMYROvSP0j64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTy0g_285sMlfy4KQ0=2E=22></img>
</td>
```

and

44

```
 href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
height: 36px;font-weight: 400;color: =23000000;=22>
                                           CODE: <b>WS6QIEWPHBFR</=
b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's

email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient

tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect

Email Campaign System architecture that, on information and belief, EyeBuyDirect

operated in materially the same manner during the term of the '555 patent.

39.    **Claim 9:** On information and belief, EyeBuyDirect also infringed claim 9

of the '555 patent. Claim 9 depends from claim 1 and further requires that the step of

sending a custom email comprises forming the custom email for each email target from

the generated text message template and the generated configuration file. As alleged

above, EyeBuyDirect's Email Campaign System formed each custom marketing email

by merging recipient-specific configuration data (*e.g.,* email addresses, personalized

URLs, individualized content, cookies, pixels, and/or web beacons) into a common

message template.

45



* * *

# 1. THE INFORMATION WE COLLECT

For the purpose of this policy, personal information is any information about an identifiable individual. We collect the following types of personal information:

### Information You Provide

We may collect the following personal information that you voluntarily provide us in using our Platforms:

- **Communication.** Re-stock reminders, processing automatic re-orders (that you have opted into), outreach regarding product recall.

- **Create an Account.** If you create an account with us, you will provide us with your name, email address, birth date, and you will create a password for future logins. You can also choose to login with your Facebook, Amazon, or Google account instead.

- **Subscribe to Our Newsletter.** If you subscribe to our newsletter, you will provide us with your email address.

- **Customer Service.** If you contact our customer service department, you may need to provide us with additional information so that we can respond to your questions or concerns as completely and thoroughly as possible.

- **Purchases.** When you make a purchase, you will provide us with your name, email address, phone number, physical address, payment account and credit card or gift card information. We also will collect your payment card, gift card, or other payment information. We use a third-party service provider to process payments.

46

- **Prescriptions.** If you purchase prescription products, you will provide us with your eye prescription information

- **Find Your Match.** If you use our Virtual Try-On, you will either upload a photograph of your face or you will allow the technology to take a scan of your face.

- **Loyalty Program.** If you sign up for our loyalty program, you will provide us with your name, email address, birth date, and you may choose to provide us with your gender.

- **Track and Return Orders.** If you check your order status or start a return, you will provide us with your order number and email address.

- **Refer a Friend.** To refer a friend, you will provide us with your name and email address, and the email address of the friend you are referring.

- **Promotions.** If you enter a sweepstakes, contest, giveaway, or other promotion (each a "Promotion"), you will provide us with your age or birth date along with, in certain instances, confirmation of residency.

- **Survey.** If you are participating in a survey, you may provide your gender and age, income, ethnicity, family size, and marital status.

- **HIPAA.** Some of the affiliates and brands covered by this Policy are subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). These affiliates and brands may collect additional information that is considered "protected health information" ("PHI") as defined by HIPAA.

- **Biometric Information.** We may collect biometric information to provide you with certain services. See the "**BIOMETRIC INFORMATION**" section of this Policy to learn more about how this information is collected, used, disclosed and stored.

## Information as You Navigate Our Platforms

We automatically collect certain personal information through your use of the Platforms, such as the following:

- **Usage Information.** For example, the pages on the Platforms you access, the frequency of access, and what you click on while on the Platforms.

- **Device Information.** For example, hardware model, operating system, application version number, and browser.

- **Mobile Device Information.** Aggregated information about whether the Platforms are accessed via a mobile device or tablet, the device type, and the carrier.

- **Location Information.** Location information from Platform visitors on a city-regional basis.

- **Referral URL.** If you came to the website through a prior link, the name of the website that sent you to EyeBuyDirect.

* * *

## 4. COOKIES AND OTHER TRACKING TECHNOLOGIES

Like many other companies, we use cookies and other tracking technologies (such as pixels and web beacons) (collectively, "Cookies"). To learn more about how we use cookies and to change your cookie settings, please see our Cookie Policy below.

*See* screenshots obtained from Defendant's website reflecting the same EyeBuyDirect Email Campaign System architecture in continuous operation during the term of the '555 patent, as observed by Plaintiff in or about 2025 (and which, on information and belief, materially reflect the same architecture in operation through the expiration of the '555 patent on March 22, 2023). *See, e.g.,* https://www.eyebuydirect.com/privacy-policy.







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zfO7ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hhOU4yxfS=
rTrYBY-V4aRMYROvSPOj64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTyOg_285sMlfy4KQO=2E=22></img>
</td>
```

and

```
 href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
height: 36px;font-weight: 400;color: =23000000;=22>
                                          CODE: <b>WS6QIEWPHBFR</=
b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

40.    On information and belief, EyeBuyDirect also infringed claims 10 and 11 of the '555 patent. Claim 10 depends from claim 1 and further requires that the step of tracking the custom email comprises: (a) receiving at least one response from the at least one email target, and (b) creating a campaign tracking list from the received at least one response.

41.    **Claim 10, Step (a):** On information and belief, EyeBuyDirect's Email Campaign System received responses from email targets when email recipients opened marketing emails (triggering EyeBuyDirect's tracking pixels, cookies, web beacons, or "other tracking technologies") or clicked on links within the emails (triggering URL redirect logging). These interactions constituted "responses" from the email targets corresponding to the sent custom emails.



* * *

# 1. THE INFORMATION WE COLLECT

For the purpose of this policy, personal information is any information about an identifiable individual. We collect the following types of personal information:

## Information You Provide

We may collect the following personal information that you voluntarily provide us in using our Platforms:

- **Communication.** Re-stock reminders, processing automatic re-orders (that you have opted into), outreach regarding product recall.

- **Create an Account.** If you create an account with us, you will provide us with your name, email address, birth date, and you will create a password for future logins. You can also choose to login with your Facebook, Amazon, or Google account instead.

- **Subscribe to Our Newsletter.** If you subscribe to our newsletter, you will provide us with your email address.

- **Customer Service.** If you contact our customer service department, you may need to provide us with additional information so that we can respond to your questions or concerns as completely and thoroughly as possible.

- **Purchases.** When you make a purchase, you will provide us with your name, email address, phone number, physical address, payment account and credit card or gift card information. We also will collect your payment card, gift card, or other payment information. We use a third-party service provider to process payments.

- **Prescriptions.** If you purchase prescription products, you will provide us with your eye prescription information

- **Find Your Match.** If you use our Virtual Try-On, you will either upload a photograph of your face or you will allow the technology to take a scan of your face.

- **Loyalty Program.** If you sign up for our loyalty program, you will provide us with your name, email address, birth date, and you may choose to provide us with your gender.

- **Track and Return Orders.** If you check your order status or start a return, you will provide us with your order number and email address.

- **Refer a Friend.** To refer a friend, you will provide us with your name and email address, and the email address of the friend you are referring.

- **Promotions.** If you enter a sweepstakes, contest, giveaway, or other promotion (each a "Promotion"), you will provide us with your age or birth date along with, in certain instances, confirmation of residency.

- **Survey.** If you are participating in a survey, you may provide your gender and age, income, ethnicity, family size, and marital status.

- **HIPAA.** Some of the affiliates and brands covered by this Policy are subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). These affiliates and brands may collect additional information that is considered "protected health information" ("PHI") as defined by HIPAA.

- **Biometric Information.** We may collect biometric information to provide you with certain services. See the "**BIOMETRIC INFORMATION**" section of this Policy to learn more about how this information is collected, used, disclosed and stored.

## Information as You Navigate Our Platforms

We automatically collect certain personal information through your use of the Platforms, such as the following:

- **Usage Information.** For example, the pages on the Platforms you access, the frequency of access, and what you click on while on the Platforms.

- **Device Information.** For example, hardware model, operating system, application version number, and browser.

- **Mobile Device Information.** Aggregated information about whether the Platforms are accessed via a mobile device or tablet, the device type, and the carrier.

- **Location Information.** Location information from Platform visitors on a city-regional basis.

- **Referral URL.** If you came to the website through a prior link, the name of the website that sent you to EyeBuyDirect.

\* \* \*

## 4. COOKIES AND OTHER TRACKING TECHNOLOGIES

Like many other companies, we use cookies and other tracking technologies (such as pixels and web beacons) (collectively, "Cookies"). To learn more about how we use cookies and to change your cookie settings, please see our Cookie Policy below.

*See* screenshots obtained from Defendant's website reflecting the same EyeBuyDirect Email Campaign System architecture in continuous operation during the term of the '555 patent, as observed by Plaintiff in or about 2025 (and which, on information and belief, materially reflect the same architecture in operation through the expiration of the '555 patent on March 22, 2023). *See, e.g.,* https://www.eyebuydirect.com/privacy-policy.







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server,

as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email

Campaign System architecture that, on information and belief, EyeBuyDirect operated

in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zf07ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hhOU4yxfS=
rTrYBY-V4aRMYROvSPOj64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTyOg_285sMlfy4KQO=2E=22></img>
</td>
```

and

```
 href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
height: 36px;font-weight: 400;color: =23000000;=22>
                                        CODE: <b>WS6QIEWPHBFR</=
b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

42.   **Claim 10, Step (b):** On information and belief, EyeBuyDirect's Email Campaign System created campaign tracking data from the received responses, including records of which recipients opened emails, which links were clicked, and when such interactions occurred. This data constituted a campaign tracking list within the meaning of claim 10.



\* \* \*

# 1. THE INFORMATION WE COLLECT

For the purpose of this policy, personal information is any information about an identifiable individual. We collect the following types of personal information:

## Information You Provide

We may collect the following personal information that you voluntarily provide us in using our Platforms:

- **Communication.** Re-stock reminders, processing automatic re-orders (that you have opted into), outreach regarding product recall.

- **Create an Account.** If you create an account with us, you will provide us with your name, email address, birth date, and you will create a password for future logins. You can also choose to login with your Facebook, Amazon, or Google account instead.

- **Subscribe to Our Newsletter.** If you subscribe to our newsletter, you will provide us with your email address.

- **Customer Service.** If you contact our customer service department, you may need to provide us with additional information so that we can respond to your questions or concerns as completely and thoroughly as possible.

- **Purchases.** When you make a purchase, you will provide us with your name, email address, phone number, physical address, payment account and credit card or gift card information. We also will collect your payment card, gift card, or other payment information. We use a third-party service provider to process payments.

- **Prescriptions.** If you purchase prescription products, you will provide us with your eye prescription information

- **Find Your Match.** If you use our Virtual Try-On, you will either upload a photograph of your face or you will allow the technology to take a scan of your face.

- **Loyalty Program.** If you sign up for our loyalty program, you will provide us with your name, email address, birth date, and you may choose to provide us with your gender.

- **Track and Return Orders.** If you check your order status or start a return, you will provide us with your order number and email address.

- **Refer a Friend.** To refer a friend, you will provide us with your name and email address, and the email address of the friend you are referring.

- **Promotions.** If you enter a sweepstakes, contest, giveaway, or other promotion (each a "Promotion"), you will provide us with your age or birth date along with, in certain instances, confirmation of residency.

- **Survey.** If you are participating in a survey, you may provide your gender and age, income, ethnicity, family size, and marital status.

- **HIPAA.** Some of the affiliates and brands covered by this Policy are subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). These affiliates and brands may collect additional information that is considered "protected health information" ("PHI") as defined by HIPAA.

- **Biometric Information.** We may collect biometric information to provide you with certain services. See the "**BIOMETRIC INFORMATION**" section of this Policy to learn more about how this information is collected, used, disclosed and stored.

## Information as You Navigate Our Platforms

We automatically collect certain personal information through your use of the Platforms, such as the following:

- **Usage Information.** For example, the pages on the Platforms you access, the frequency of access, and what you click on while on the Platforms.

- **Device Information.** For example, hardware model, operating system, application version number, and browser.

- **Mobile Device Information.** Aggregated information about whether the Platforms are accessed via a mobile device or tablet, the device type, and the carrier.

- **Location Information.** Location information from Platform visitors on a city-regional basis.

- **Referral URL.** If you came to the website through a prior link, the name of the website that sent you to EyeBuyDirect.

\* \* \*

## 4. COOKIES AND OTHER TRACKING TECHNOLOGIES

Like many other companies, we use cookies and other tracking technologies (such as pixels and web beacons) (collectively, "Cookies"). To learn more about how we use cookies and to change your cookie settings, please see our Cookie Policy below.

*See* screenshots obtained from Defendant's website reflecting the same EyeBuyDirect Email Campaign System architecture in continuous operation during the term of the '555 patent, as observed by Plaintiff in or about 2025 (and which, on information and belief, materially reflect the same architecture in operation through the expiration of the '555 patent on March 22, 2023). *See, e.g.,* https://www.eyebuydirect.com/privacy-policy.







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zf07ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hh0U4yxfS=
rTrYBY-V4aRMYR0vSP0j64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTyOg_285sMlfy4KQO=2E=22></img>
</td>
```

and

```
   href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
   lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
   WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
   4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
   vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
   UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
   PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
   u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
   2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
   ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
   height: 36px;font-weight: 400;color: =23000000;=22>
                                        CODE: <b>WS6QIEWPHBFR</=
   b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

43.     **Claim 11:** Claim 11 depends from claim 10 and further requires that the step of creating a campaign tracking list comprises: (i) determining a number of successful visits from the email targets; (ii) determining a number of the custom emails that were undeliverable; and (iii) determining a number of the email targets that requested deletion. On information and belief, the EyeBuyDirect Email Campaign System—whether operated directly by EyeBuyDirect or through its email campaign service providers acting at EyeBuyDirect's direction and control—determined each of these metrics. On information and belief, by on or about 2020, standard email campaign management platforms tracked click-through rates (successful visits), bounce rates (undeliverable emails), and unsubscribe rates (deletion requests) as fundamental operational metrics. EyeBuyDirect marketing emails included unsubscribe mechanisms

consistent with the CAN-SPAM Act, and the tracking of unsubscribe requests, bounce-backs, and click-throughs was inherent in the operation of such email marketing systems by on or about 2020.



* * *

# 1. THE INFORMATION WE COLLECT

For the purpose of this policy, personal information is any information about an identifiable individual. We collect the following types of personal information:

## Information You Provide

We may collect the following personal information that you voluntarily provide us in using our Platforms:

- **Communication.** Re-stock reminders, processing automatic re-orders (that you have opted into), outreach regarding product recall.

- **Create an Account.** If you create an account with us, you will provide us with your name, email address, birth date, and you will create a password for future logins. You can also choose to login with your Facebook, Amazon, or Google account instead.

- **Subscribe to Our Newsletter.** If you subscribe to our newsletter, you will provide us with your email address.

- **Customer Service.** If you contact our customer service department, you may need to provide us with additional information so that we can respond to your questions or concerns as completely and thoroughly as possible.

- **Purchases.** When you make a purchase, you will provide us with your name, email address, phone number, physical address, payment account and credit card or gift card information. We also will collect your payment card, gift card, or other payment information. We use a third-party service provider to process payments.

64

- **Prescriptions.** If you purchase prescription products, you will provide us with your eye prescription information

- **Find Your Match.** If you use our Virtual Try-On, you will either upload a photograph of your face or you will allow the technology to take a scan of your face.

- **Loyalty Program.** If you sign up for our loyalty program, you will provide us with your name, email address, birth date, and you may choose to provide us with your gender.

- **Track and Return Orders.** If you check your order status or start a return, you will provide us with your order number and email address.

- **Refer a Friend.** To refer a friend, you will provide us with your name and email address, and the email address of the friend you are referring.

- **Promotions.** If you enter a sweepstakes, contest, giveaway, or other promotion (each a "Promotion"), you will provide us with your age or birth date along with, in certain instances, confirmation of residency.

- **Survey.** If you are participating in a survey, you may provide your gender and age, income, ethnicity, family size, and marital status.

- **HIPAA.** Some of the affiliates and brands covered by this Policy are subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). These affiliates and brands may collect additional information that is considered "protected health information" ("PHI") as defined by HIPAA.

- **Biometric Information.** We may collect biometric information to provide you with certain services. See the "**BIOMETRIC INFORMATION**" section of this Policy to learn more about how this information is collected, used, disclosed and stored.

## Information as You Navigate Our Platforms

We automatically collect certain personal information through your use of the Platforms, such as the following:

- **Usage Information.** For example, the pages on the Platforms you access, the frequency of access, and what you click on while on the Platforms.

- **Device Information.** For example, hardware model, operating system, application version number, and browser.

- **Mobile Device Information.** Aggregated information about whether the Platforms are accessed via a mobile device or tablet, the device type, and the carrier.

- **Location Information.** Location information from Platform visitors on a city-regional basis.

- **Referral URL.** If you came to the website through a prior link, the name of the website that sent you to EyeBuyDirect.

\* \* \*

## 4. COOKIES AND OTHER TRACKING TECHNOLOGIES

Like many other companies, we use cookies and other tracking technologies (such as pixels and web beacons) (collectively, "Cookies"). To learn more about how we use cookies and to change your cookie settings, please see our Cookie Policy below.

*See* screenshots obtained from Defendant's website reflecting the same EyeBuyDirect Email Campaign System architecture in continuous operation during the term of the '555 patent, as observed by Plaintiff in or about 2025 (and which, on information and belief, materially reflect the same architecture in operation through the expiration of the '555 patent on March 22, 2023). *See, e.g.,* https://www.eyebuydirect.com/privacy-policy.







*See*, *e.g.*, screenshots of a representative emails sent from EyeBuyDirect's email server,

as observed by Plaintiff in or about 2025, reflecting the same EyeBuyDirect Email

Campaign System architecture that, on information and belief, EyeBuyDirect operated

in materially the same manner during the term of the '555 patent.

```
<td height=3D=221=22 style=3D=22font-size: 1px; line-height: 1px; padding: =
0px;=22>
<br><img src=3D=22https://e=2Eeyebuydirect=2Ecom/pub/as?_ri_=3DX0Gzc2X%3DAQ=
jkPkSUTQG40qfr4w0ASgzfHIm0zcErNrXDcTffk6M1zf07ahHhpuTi4lJgk0cszfSRVXHkMX%3D=
w&_ei_=3DEUlaGGF4SNMvxFF7KucKuWNASeYEWW4KOL6lhKW-yejzi19rz-k9L4kx-hhOU4yxfS=
rTrYBY-V4aRMYR0vSP0j64ljcBE1vRRGIk_qqqhWKnK8du9_ZXBj4MCANfess-NkMixADntnph1=
CX_2p2fsEtvNNjr2zlPUCvW0Gh2niDYkX9yD7Td5JZgy6wWLXSnB2WnrL7peJGmYHZk5LQX3Lb6=
oXwPSD6SWn_zsDF-hTx4S4BXJcv3tE13zYRTyOg_285sMlfy4KQO=2E=22></img>
</td>
```

and

```
 href=3D=22https://e=2Eeyebuydirect=2Ecom/pub/cc?_ri_=3DX0Gzc2X%3DAQpglLjHJ=
lYQG2UpPUDRzg8Lzeza2jzfzf9zalPfoDYNkD6dvmWtdRkRRwoHjc7cik8LHmzfRVXtpKX%3DUA=
WYWWY&_ei_=3DESTUOwa1ULmLxlBKi7CTndAOEd93XFXU7IeTtHSFQ9Khcwy-1ztJZQVrEe7s6H=
4QUhxilltzdvfuj0LPATB3IhXYHj14hSMhfeoBiwn2ht6wsA0LpQvBpZM0VLKBWTg-h6rT6Z7wi=
vhtarcU9hZNwXJoee9O1MBgFV-FTaRrypkwan1UvJe7BL-2PwNM-Ur3bouk8jSq88Gnu9Grd1ZV=
UbbPLEoRWDeboEKF5UW-1h5SvLo6C0jL7Je388Am6Dl1uIDBty6JrwY1xiSXK07c51eyz4Sbxue=
PaSjXGsnCqFkSRZgjupFORXAtTiefUONsZcEbS7nK3QW5Oym8XEi95Qkl76YwrQs8pBAoaTmcmp=
u9fAajLYfUE0lxTUHWH0uyaW1i2KKeecYLGE0Miw=2E&_di_=3Dob1o78e028ab7r22a7t56kan=
2seuk2eqkqrmi2ashmsljbvais00=22 target=3D=22_blank=22 style=3D=22text-decor=
ation:none;font-family: 'Outfit', Arial, sans-serif; font-size: 32px; line-=
height: 36px;font-weight: 400;color: =23000000;=22>
                                         CODE: <b>WS6QIEWPHBFR</=
b><br>
```

*See, e.g.,* excerpts of source code from representative emails sent from EyeBuyDirect's email server, as observed by Plaintiff in or about 2025, showing a unique per-recipient tracking URL associated with an invisible pixel tag — reflecting the same EyeBuyDirect Email Campaign System architecture that, on information and belief, EyeBuyDirect operated in materially the same manner during the term of the '555 patent.

44. EyeBuyDirect directly infringed, at least, claims 1, 6, 9, 10, and 11 of the '555 patent in violation of 35 U.S.C. § 271(a) by performing the patented methods—itself and/or through agents, contractors, and service providers acting at EyeBuyDirect's direction and control—when it operated the EyeBuyDirect Email Campaign System during the term of the '555 patent and through its expiration.

45. EyeBuyDirect's infringement of the '555 patent damaged Advanced Transactions. Advanced Transactions is entitled to recover damages adequate to compensate for EyeBuyDirect's infringement, in an amount no less than a reasonable royalty, together with enhanced damages, interest,  and costs as fixed by this Court.

**JURY DEMAND**

69

46.    Pursuant to Federal Rule of Civil Procedure 38(b), Advanced Transactions hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Advanced Transactions respectfully requests this Court to enter judgment in Advanced Transactions' favor and against EyeBuyDirect as follows:

a.  finding that EyeBuyDirect infringed one or more claims of the '555 patent under 35 U.S.C. §§ 271(a);

b.  awarding Advanced Transactions damages under 35 U.S.C. § 284, in no event less than a reasonable royalty, together with interest and costs;

c.  awarding Advanced Transactions pre-judgment and post-judgment interest on the damages award and costs;

d.  A finding that this case is exceptional and an award of attorneys' fees and costs under 35 U.S.C. § 285;

e.  awarding such other costs and further relief that the Court determines to be just and equitable.

Dated: May 21, 2026                    Respectfully submitted,

                                       /s/Oded Burger
                                       Oded Burger* (New York State Bar No. 4910808)
                                       Erin Hadi* (DC Bar No. 90031321) (*pro hac vice* to be filed)
                                       oburger@daignaultiyer.com
                                       ehadi@daignaultiyer.com
                                       **DAIGNAULT IYER LLP**
                                       8229 Boone Boulevard, Suite 450
                                       Vienna, VA 22182

*Attorneys for Plaintiff Advanced Transactions LLC.*

*Not admitted to practice in Virginia